## OLLIS v. STATE.
### No. 26488.

Court of Criminal Appeals of Texas.

June 10, 1953.

222

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

### WOODLEY, Judge.

Upon his plea of guilty, appellant was convicted of the offense of driving a motor vehicle while intoxicated. The punishment was assessed at a fine of $150 and 30 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular.

The judgment is affirmed.